# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**JENNIFER DAVIS o/b/o J.E.C., a minor**
    **Plaintiff,**

  v.                                                  **Case No. 14-C-104**

**CAROLYN W. COLVIN,**
**Acting Commissioner of the Social Security Administration**
    **Defendant.**

## ORDER

Plaintiff seeks judicial review of a decision ceasing J.E.C.'s SSI benefits for lack of disability. Ordinarily, a plaintiff must pay a statutory filing fee to bring an action in federal court, 28 U.S.C. § 1914(a), but plaintiff requests leave to proceed in forma pauperis. Under 28 U.S.C. § 1915(a), an indigent party may commence a federal court action, without paying required costs and fees, upon submission of an affidavit asserting inability "to pay such fees or give security therefor" and stating "the nature of the action, defense or appeal and affiant's belief that the person is entitled to redress." 28 U.S.C. § 1915(a)(1).

Plaintiff has filed the required affidavit. Upon review of that affidavit, the court is satisfied that she satisfies the requirements of § 1915. Plaintiff reports a monthly income of $1144 (consisting of $507 in wages and $637 of public assistance) with which she supports three children. Monthly expenses consume her income, and she receives help from an adult daughter with utilities. Plaintiff further avers that she owns no real estate, vehicles, or other valuable assets. Finally, plaintiff avers that she believes she is entitled to relief in this action, and on review of the complaint the court is unable to determine that the action is frivolous or

that the complaint fails to state a claim.

**THEREFORE, IT IS ORDERED** that plaintiff's motion for leave to proceed in forma pauperis (R. 2) is **GRANTED**. The file will be returned to the Clerk of Courts for service on defendant.

Plaintiff is advised to provide defendant or her counsel with copies of all future motions or papers filed by plaintiff in this action.

Dated at Milwaukee, Wisconsin this 3rd day of February, 2014.

/s Lynn Adelman
_____
LYNN ADELMAN
District Judge